UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

GREGORY DIAZ,

                              Plaintiff,

        -against-

CITY OF NEW YORK; et als.

                              Defendants.

-----------------------------------------------------------------X

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

15 CV 2763 (JPO)

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Gregory Diaz and defendants City of New York, Police Officer Nicholas McGarry, Police Officer Paul Kearon, Police Officer Vincent Dima, Police Officer Peter Flintoff, Police Officer Paul Behan, and John Doe/Jane Doe that Diaz's complaint and all claims therein are dismissed with prejudice Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party hereto agrees that this dismissal is without costs or fees.

Dated:      April 11, 2016

Zachary Carter
Corporation Counsel
of the City of New York
Attorney for Defendants
100 Church Street
New York, New York 10007

By: _____
Rosemari Nam
Assistant Corporation Counsel
Special Federal Litigation Division

Robert Marinelli
305 Broadway, 9th Floor
New York, N.Y. 10007

By: _____
Robert Marinelli
Attorney for Plaintiff